# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL CASE NO. 3:07cv258

| | | |
|---|---|---|
| **MICHAEL L. WINTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | | |

For the reasons stated in the Memorandum of Decision filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 7] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 10] is **ALLOWED**; the decision of the Commissioner denying benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED** in its entirety on the merits.

Signed: August 13, 2008

Martin Reidinger
United States District Judge